Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−21981−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard A Turner Sr.
   11 Hawthorne Avenue
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−3793

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 6/11/17 and a confirmation hearing on such Plan has been scheduled for 9/7/17.

The debtor filed a Modified Plan on 9/8/17 and a confirmation hearing on the Modified Plan is scheduled for 10/5/17. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: September 8, 2017
JAN: axg

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-21981-VFP
Richard A Turner, Sr.                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin                 Page 1 of 2                  Date Rcvd: Sep 08, 2017
                              Form ID: 186                Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.
```
db             +Richard A Turner, Sr.,    11 Hawthorne Avenue,    East Orange, NJ 07018-4008
516876874      +Aes/Deutsche Elt,    PO Box 61047,    Harrisburg, PA 17106-1047
516876875       Carecentrix,    PO Box 277947,    Atlanta, GA 30384-7947
516876876      +Cbna,    PO Box 6283,    Sioux Falls, SD 57117-6283
516876877      +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
516876878       Comenity Bank,    PO Box 182273,    Jeffersonville, OH 43128-2273
516932512      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
516876886      +Newark Federal Employees Fcu,    970 Broad St., Ste. 735,    Newark, NJ 07102-2506
516910590      +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
516876891     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08646-0245)
516876888      +Shapiro & Denardo, LLC,    14000 Commerce Parkway, Ste. B,    Mount Laurel, NJ 08054-2242
516876892      +State of New Jersey,    Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
516876889       State of New Jersey,    Department of Labor,    PO Box 951,    Trenton, NJ 08625-0951
516876890      +State of New Jersey,    Division of Taxation,    50 Barrack Street, P.O. Box 269,
                 Trenton, NJ 08646-0269
516876894      +The City of East Orange,    44 City Hall Plaza,    East Orange, NJ 07018-4500
516993136      +Wells Fargo Bank, N.A.,    Attention: Payment Processing,    MAC# X2302-04C,    1 Home Campus,
                 Des Moins, Iowa 50328-0001
516876895       Wells Fargo Home Mortgage,    4080 Hallmark Parkway,    San Bernardino, CA 92407
516878522      +Zelda Haywood,    111 Eastern Parkway,    Newark, NJ 07106-2908
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 09 2017 01:26:40     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 09 2017 01:26:37     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 09 2017 01:30:14
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
516876879      +E-mail/Text: bankruptcy@consumerportfolio.com Sep 09 2017 01:26:52
                 Consumer Portfolio Service,    PO Box 57071,    Irvine, CA 92619-7071
516876880      +E-mail/Text: bankruptcy.notices@hdfsi.com Sep 09 2017 01:27:17     ESB/Harley Davidson Credit,
                 PO Box 21829,    Carson City, NV 89721-1829
516876883       E-mail/Text: cio.bncmail@irs.gov Sep 09 2017 01:26:15     Internal Revenue Service,
                 Insolvency Operations,    PO Box 21125,    Philadelphia, PA 19114
516876884      +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 09 2017 01:26:09     Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516876885      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 09 2017 01:26:36     Midland Funding,
                 2365 Northside Drive, Ste. 30,    San Diego, CA 92108-2709
516876887      +E-mail/PDF: cbp@onemainfinancial.com Sep 09 2017 01:29:56     Onemain,    PO Box 1010,
                 Evansville, IN 47706-1010
516876893       E-mail/PDF: gecsedi@recoverycorp.com Sep 09 2017 01:30:14     Syncb,    C/o PO Box 6153,
                 Rapid City, SD 57709
516877522      +E-mail/PDF: gecsedi@recoverycorp.com Sep 09 2017 01:30:00     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516876882*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    Philadelphia, PA 19255-0010)
516876881*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    Special Procedures Function,
                 PO Box 724,    Springfield, NJ 07081)
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Sep 08, 2017
                              Form ID: 186             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Harley-Davidson Credit Corp bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Herbert B. Raymond    on behalf of Debtor Richard A Turner, Sr. bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              James M. Bennett    on behalf of Plaintiff    New Jersey Department of Labor & Workforce
               Development, Division of Unemployment and Disability Insurance james.bennett@dol.lps.state.nj.us
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```