**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

    RICHARD A TURNER, SR.

Order Filed on January 25, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  17-21981 VFP

Hearing Date:  1/18/2018

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 25, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): RICHARD A TURNER, SR.

Case No.: 17-21981

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 01/18/2018 on notice to HERBERT B. RAYMOND, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $321.00 starting on 2/1/2018 for the remaining 29 month(s); and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:
Richard A Turner, Sr.
      Debtor

Case No. 17-21981-VFP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 25, 2018
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2018.
db            +Richard A Turner, Sr.,    11 Hawthorne Avenue,    East Orange, NJ 07018-4008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2018 at the address(es) listed below:
           Brian C. Nicholas    on behalf of Creditor    Harley-Davidson Credit Corp bnicholas@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@logs.com,
            njbankruptcynotifications@logs.com
           Herbert B. Raymond    on behalf of Debtor Richard A Turner, Sr. bankruptcy123@comcast.net,
            jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
            mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
           James M. Bennett    on behalf of Plaintiff    New Jersey Department of Labor & Workforce
            Development, Division of Unemployment and Disability Insurance james.bennett@dol.lps.state.nj.us
           Marie-Ann Greenberg    magecf@magtrustee.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                            TOTAL: 6