Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−21981−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard A Turner Sr.
   11 Hawthorne Avenue
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−3793

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/1/18 at 11:00 AM

to consider and act upon the following:

*43* − Application for Early Termination of Loss Mitigation Period. Filed by Charles G. Wohlrab on behalf of WELLS FARGO BANK, N.A.. Objection deadline is 2/1/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Wohlrab, Charles)

*44* − Debtor's Attorney's Letter in Opposition to (related document:43 Application for Early Termination of Loss Mitigation Period. Filed by Charles G. Wohlrab on behalf of WELLS FARGO BANK, N.A.. Objection deadline is 2/1/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor WELLS FARGO BANK, N.A.) filed by Herbert B. Raymond on behalf of Richard A Turner Sr.. (Raymond, Herbert)

Dated: 2/7/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court