UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

CHARLES G. WOHLRAB, ESQ. 016592012
SHAPIRO & DENARDO, LLC
14000 COMMERCE PARKWAY, SUITE B
MOUNT LAUREL, NJ 08054
(856)793-3080
WNI 15-00717715-005361
ATTORNEYS FOR Wells Fargo Bank, N.A.

Order Filed on March 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

RICHARD A. TURNER, SR.,
, Debtor

Case No.: 17-21981

Chapter: 13

Judge: VFP

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

DATED: March 22, 2018

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ____07/10/2017____ :

Property:    11 Hawthorne Avenue, East Orange, NJ 07018-4008

Creditor:    Wells Fargo Bank, N.A.

and a Request for

- ☐ Extension of the 90 day Loss Mitigation Period having been filed by _____, and for good cause shown

- ☒ Early Termination of the Loss Mitigation Period having been filed by ____Secured Creditor____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____.

The Loss Mitigation Period is terminated, effective ____Immediately____.

*Revised 9/19/13*