UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

CHARLES G. WOHLRAB, ESQ. 016592012
SHAPIRO & DENARDO, LLC
14000 COMMERCE PARKWAY, SUITE B
MOUNT LAUREL, NJ 08054
(856)793-3080
WNI 15-00717715-005361
ATTORNEYS FOR Wells Fargo Bank, N.A.

Order Filed on March 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

RICHARD A. TURNER, SR.,
, Debtor

Case No.: 17-21981

Chapter: 13

Judge: VFP

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 22, 2018**

Honorable Vincent F. Papalia
**United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___07/10/2017___ :

Property: ___11 Hawthorne Avenue, East Orange, NJ 07018-4008___

Creditor: ___Wells Fargo Bank, N.A.___

and a Request for

- ☐ Extension of the 90 day Loss Mitigation Period having been filed by _____, and for good cause shown

- ☒ Early Termination of the Loss Mitigation Period having been filed by ___Secured Creditor___, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____.

The Loss Mitigation Period is terminated, effective ___Immediately___.

*Revised 9/19/13*

United States Bankruptcy Court
District of New Jersey

In re:
Richard A Turner, Sr.
    Debtor

Case No. 17-21981-VFP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 23, 2018
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2018.
db        +Richard A Turner, Sr.,    11 Hawthorne Avenue,    East Orange, NJ 07018-4008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2018 at the address(es) listed below:
         Brian C. Nicholas    on behalf of Creditor    Harley-Davidson Credit Corp bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
         Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@logs.com, njbankruptcynotifications@logs.com
         Herbert B. Raymond    on behalf of Debtor Richard A Turner, Sr. bankruptcy123@comcast.net, jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
         James M. Bennett    on behalf of Plaintiff    New Jersey Department of Labor & Workforce Development, Division of Unemployment and Disability Insurance james.bennett@dol.lps.state.nj.us
         Marie-Ann Greenberg    magecf@magtrustee.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                       TOTAL: 6