UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
TURNER, RICHARD A, SR.

Case No.: 17-21981 (VFP)
Chapter: 7
Judge: VINCENT F. PAPALIA

**NOTICE OF PROPOSED ABANDONMENT**

<u>Jay L. Lubetkin</u>, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron, Clerk<br>US Bankruptcy Court,<br>District of New Jersey<br>MLK Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable VINCENT F. PAPALIA on AUGUST 14, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 11 Hawthorne Avenue<br>East Orange, NJ 07018<br><br>Current Market Value: $178,100.00 |
|---|---|

| Liens on property: | $639,624.00 |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

NAME: <u>/s/Jay L. Lubetkin, Chapter 7 Trustee</u>
FIRM NAME: <u>Rabinowitz, Lubetkin & Tully, L.L.C.</u>
ADDRESS: <u>293 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039</u>
TELEPHONE NO: <u>(973) 597-9100</u>
SUBMITTED BY: <u>Jay L. Lubetkin</u>   POSITION: <u>Chapter 7 Trustee</u>   PHONE<u>: (973)597-9100</u>
DATED: <u>July 17, 2018</u>

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-21981-VFP
Richard A Turner, Sr.                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2              Date Rcvd: Jul 17, 2018
                               Form ID: pdf905          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2018.
```
db             +Richard A Turner, Sr.,    11 Hawthorne Avenue,    East Orange, NJ 07018-4008
516876874      +Aes/Deutsche Elt,    PO Box 61047,    Harrisburg, PA 17106-1047
517058257       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516876875       Carecentrix,    PO Box 277947,    Atlanta, GA 30384-7947
516876876      +Cbna,    PO Box 6283,    Sioux Falls, SD 57117-6283
516876877      +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
516876878       Comenity Bank,    PO Box 182273,    Jeffersonville, OH 43128-2273
517475637      +ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
517475638      +ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408,    ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
516932512      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
516876886      +Newark Federal Employees Fcu,    970 Broad St., Ste. 735,    Newark, NJ 07102-2534
516910590      +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
516876891     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08646-0245)
516876888      +Shapiro & Denardo, LLC,    14000 Commerce Parkway, Ste. B,    Mount Laurel, NJ 08054-2242
516876892      +State of New Jersey,    Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
516876889       State of New Jersey,    Department of Labor,    PO Box 951,    Trenton, NJ 08625-0951
516876890      +State of New Jersey,    Division of Taxation,    50 Barrack Street, P.O. Box 269,
                 Trenton, NJ 08646-0269
516876894      +The City of East Orange,    44 City Hall Plaza,    East Orange, NJ 07018-4500
516993136      +Wells Fargo Bank, N.A.,    Attention: Payment Processing,    MAC# X2302-04C,    1 Home Campus,
                 Des Moins, Iowa 50328-0001
516876895       Wells Fargo Home Mortgage,    4080 Hallmark Parkway,    San Bernardino, CA 92407
516878522      +Zelda Haywood,    111 Eastern Parkway,    Newark, NJ 07106-2908
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 17 2018 23:17:11    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 17 2018 23:17:08    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 23:14:19
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
516876879      +E-mail/Text: bankruptcy@consumerportfolio.com Jul 17 2018 23:17:22
                 Consumer Portfolio Service,    PO Box 57071,    Irvine, CA 92619-7071
516876880      +E-mail/Text: bankruptcy.notices@hdfsi.com Jul 17 2018 23:17:50    ESB/Harley Davidson Credit,
                 PO Box 21829,    Carson City, NV 89721-1829
516876883       E-mail/Text: cio.bncmail@irs.gov Jul 17 2018 23:16:31    Internal Revenue Service,
                 Insolvency Operations,    PO Box 21125,    Philadelphia, PA 19114
516876884      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 17 2018 23:16:19    Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
517113435      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 17 2018 23:17:08    MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
516876885      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 17 2018 23:17:08    Midland Funding,
                 2365 Northside Drive, Ste. 30,    San Diego, CA 92108-2709
516876887      +E-mail/PDF: cbp@onemainfinancial.com Jul 17 2018 23:14:45    Onemain,    PO Box 1010,
                 Evansville, IN 47706-1010
516876893       E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 23:14:57    Syncb,    C/o PO Box 6153,
                 Rapid City, SD 57709
516877522      +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2018 23:14:57    Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 12
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516876882*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    Philadelphia, PA 19255-0010)
516876881*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    Special Procedures Function,
                 PO Box 724,    Springfield, NJ 07081)
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Jul 17, 2018
                              Form ID: pdf905          Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2018 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Harley-Davidson Credit Corp bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Herbert B. Raymond    on behalf of Debtor Richard A Turner, Sr. bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              James M. Bennett    on behalf of Plaintiff    New Jersey Department of Labor & Workforce
               Development, Division of Unemployment and Disability Insurance james.bennett@dol.lps.state.nj.us
              Jay L. Lubetkin    jlubetkin@rltlawfirm.com,    NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```