**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Richard A Turner Sr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3793<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–21981–VFP | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Richard A Turner Sr.

9/14/18                                              **By the court:**  Vincent F. Papalia
                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-21981-VFP
Richard A Turner, Sr.                                                  Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Sep 14, 2018
                              Form ID: 318             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2018.
```
db             +Richard A Turner, Sr.,    11 Hawthorne Avenue,    East Orange, NJ 07018-4008
516876874      +Aes/Deutsche Elt,    PO Box 61047,    Harrisburg, PA 17106-1047
516876875       Carecentrix,    PO Box 277947,    Atlanta, GA 30384-7947
516876876      +Cbna,    PO Box 6283,    Sioux Falls, SD 57117-6283
516876878       Comenity Bank,    PO Box 182273,    Jeffersonville, OH 43128-2273
516932512      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
516876886      +Newark Federal Employees Fcu,    970 Broad St., Ste. 735,    Newark, NJ 07102-2534
516910590      +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
516876891     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08646-0245)
516876888      +Shapiro & Denardo, LLC,    14000 Commerce Parkway, Ste. B,    Mount Laurel, NJ 08054-2242
516876892      +State of New Jersey,    Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
516876889       State of New Jersey,    Department of Labor,    PO Box 951,    Trenton, NJ 08625-0951
516876890      +State of New Jersey,    Division of Taxation,    50 Barrack Street, P.O. Box 269,
                 Trenton, NJ 08646-0269
516876894      +The City of East Orange,    44 City Hall Plaza,    East Orange, NJ 07018-4500
516876895       Wells Fargo Home Mortgage,    4080 Hallmark Parkway,    San Bernardino, CA 92407
516878522      +Zelda Haywood,    111 Eastern Parkway,    Newark, NJ 07106-2908
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 14 2018 23:10:37     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 14 2018 23:10:36     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Sep 15 2018 03:03:00     Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
517058257       EDI: BL-BECKET.COM Sep 15 2018 03:03:00     Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
516876877      +EDI: CHASE.COM Sep 15 2018 03:03:00     Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
516876879      +E-mail/Text: bankruptcy@consumerportfolio.com Sep 14 2018 23:10:43
                 Consumer Portfolio Service,    PO Box 57071,    Irvine, CA 92619-7071
517475638      +EDI: ECMC.COM Sep 15 2018 03:03:00     ECMC,    PO BOX 16408,    ST. PAUL, MN 55116,    ECMC,
                 PO BOX 16408,    ST. PAUL, MN 55116-0408
517475637      +EDI: ECMC.COM Sep 15 2018 03:03:00     ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
516876880      +E-mail/Text: bankruptcy.notices@hdfsi.com Sep 14 2018 23:10:55     ESB/Harley Davidson Credit,
                 PO Box 21829,    Carson City, NV 89721-1829
516876883       EDI: IRS.COM Sep 15 2018 03:03:00     Internal Revenue Service,    Insolvency Operations,
                 PO Box 21125,    Philadelphia, PA 19114
516876884      +EDI: CBSKOHLS.COM Sep 15 2018 03:03:00     Kohls/Capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
517113435      +EDI: MID8.COM Sep 15 2018 03:03:00     MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
516876885      +EDI: MID8.COM Sep 15 2018 03:03:00     Midland Funding,    2365 Northside Drive, Ste. 30,
                 San Diego, CA 92108-2709
516876887      +EDI: AGFINANCE.COM Sep 15 2018 03:03:00     Onemain,    PO Box 1010,    Evansville, IN 47706-1010
516876893       EDI: RMSC.COM Sep 15 2018 03:03:00     Syncb,    C/o PO Box 6153,    Rapid City, SD 57709
516877522      +EDI: RMSC.COM Sep 15 2018 03:03:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516993136      +EDI: WFFC.COM Sep 15 2018 03:03:00     Wells Fargo Bank, N.A.,    Attention: Payment Processing,
                 MAC# X2302-04C,    1 Home Campus,    Des Moins, Iowa 50328-0001
                                                                                              TOTAL: 17
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516876882*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,    Philadelphia, PA 19255-0010)
516876881*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,    Special Procedures Function,
                 PO Box 724,    Springfield, NJ 07081)
                                                                                      TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Sep 14, 2018
                              Form ID: 318             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2018 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Harley-Davidson Credit Corp bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Herbert B. Raymond    on behalf of Debtor Richard A Turner, Sr. bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Jay L. Lubetkin    jlubetkin@rltlawfirm.com,    NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 6
```